# EXHIBIT D

| US8311805 | TCL A1 ("The accused product") |
|---|---|
| 1. A method, performed in a character entry system, for interrelating character strings so that an incomplete input character string can be completed by selection of a presented character string, the method comprising: | The accused product practices a method, performed in a character entry system (e.g., predictive text system of the accused product), for interrelating character strings so that an incomplete input character string can be completed by selection of a presented character string (e.g., selection of suggested selectable words). |



 Get Yours Today!

## TCL A1 (A501DL)

★★☆☆☆  2.3 (39)   Write a review

| | |
|---|---|
| **SPEED** 4G LTE/Wi-Fi® | **USAGE TIME** 2G: 16hrs, 3G: 11hrs, 4G: 9hrs |
| **DISPLAY** 5.0" FWVGA Asahi Glass Display | **STORAGE** Internal Memory 2GB / 16 ROM |
| **CAMERA** 5MP rear camera with LED flash | **DIMENSIONS** 5.38" (H) x 2.56" (W) x 0.39" (D) inches |



The TCL A1 (501DL) is perfect for anyone who's looking for a reliable, efficient phone at an affordable price. It's slim, compact, and stylish, and features everything you need to stay connected. It comes with all the essentials, like powerful front and rear cameras and lots of storage space for pictures, contacts, games, and apps. Don't forget about the phone's Bluetooth and Wi-Fi capability, too. Choose a Tracfone cell phone plan that works for you to start enjoying lightning-fast 4G LTE speeds and a better, faster mobile experience. To learn more about the TCL A1, explore the *user manual*. You can also find more great cell *phones* from Tracfone available online and in store today.

GET 25% OFF

https://shop.tracfone.com/shop/en/tracfonestore/tf-alcatel-tcl-a1-a501dl

| | |
|---|---|
| | ■ **Repetitive motion injuries**<br>**To minimize the risk of RSI, when Texting or playing games with your phone:**<br>• Do not grip the phone too tightly<br>• Press the buttons lightly<br>• Make use of the special features in the handset which minimize the number of buttons which have to be pressed, such as message templates and ==predictive== text.<br>• Take lots of breaks to stretch and relax.<br><br>https://files.bbystatic.com/zNtiTLuJOBf9%2F7gMzsOKAw%3D%3D/B6A1A272-A51A-4B11-B1F2-87BB0077BD49.pdf |
| computing relationship scores for individual character strings in the system from documents stored in memory of the character entry system, the relationship scores consisting of a function consisting of co-occurrence scores between pairs of distinct character strings stored in a single matrix created from the character strings in the stored documents; | The accused product practices computing relationship scores for individual character strings in the system from documents (e.g., Notes, message mail, etc.) stored in memory (e.g., memory of the accused product) of the character entry system (e.g., predictive text system of the accused product), the relationship scores consisting of a function consisting of co-occurrence scores between pairs of distinct character strings stored in a single matrix created from the character strings in the stored documents.<br><br>As shown below, various character strings are associated with each other based on their mutual co-occurrence with adjacency. For instance, when a couple of paragraphs, hereinafter referred to as "The Combined Essay" with phrase "James Maxwell", "James Maxima", and "James Michener" are typed, and therefore input to the predictive text system of the accused product, the predictive text system of the accused product, based on the frequency of mutual co-occurrence of the string "James" with "Maxwell", "Maxima", and "Michener", in the given order, start providing selectable character strings when "James m" is typed. The two selectable character strings, among others, are: Maxwell, and Maxima. For the reliability of the demonstration, The combined Essay is typed five times. The frequency of occurrence of "James Maxwell", "James "Maxima", and "James Michener" is 105, 50, and 20 respectively calculated over The Combined Essay repeated for five times.<br><br>As shown below, since pairs of strings, for example, "James" and "Maxwell" has adjacently appeared for the greatest number of times, 105 to be precise, in comparison to the other pairs of |

strings with "James" as one of the strings, Maxwell appears as a selectable option followed by "Maxima", since the number of adjunct appearances of "James" with "Maxima" is 50.

Shown below is a Matrix depicting association of character string "James" with character strings "Maxwell", "Maxima", and "Michener".

| Character String Matrix Vis a Vis the paragraphs | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Maxima | 50 (10 James Maxima) |
| James | Maxwell | 105 (21 James Maxwell) |
| James | Michener | 4 (20 James Michener) |



James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his work that on centenary of th birthday of James Maxwell, Einstein described Maxwell's as the most

The Combined Essay, Part-1

early 1990s. So great was his body
of work that on centenary of the
birthday of James Maxwell, Einstein
described Maxwell's as the most
profound and the most fruitful that
physics has experienced since the
time of Newton.

James Maxwell, as early as 1862,
calculated that the speed of
propagation of electromagnetic
waves is approximately that of the
speed of the light. Working on the
problem further, Maxwell showed that
the equations predict of waves of
oscillating electric and magnetic
fields that travel through empty
space at a speed that could be
predicted from simple electrical
experiments. Using the data
available at that time, Maxwell
obtained a velocity of 310,740,000
meters per second. Four differential
equations which govern the
propagation of electromagnetic
waves essentially was a reduction
(by Oliver Heaviside) of complex sets

The Combined Essay, Part-2

waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James Maxwell. Along with the most physicists of the time, James Maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as

The Combined Essay, Part-3

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell

The Combined Essay, Part-4

GPU manufacture Nvidia has named
the architecture of its GeForce 900
series after James Maxwell.

Ivan Tolstoy in the biography of
James Maxwell go as far as to say
that, " Maxwell's importance in the
history of scientific thought is
comparable to Einstein's (whom he
inspired) and Newton's (whose
influence he curtailed)".

In 1859, James Maxwell predicted
that the Saturn's rings would be
made of huge number of
independently orbiting particles
which, if they were to be stable
long-term, would to have be
arranged in a series of narrow rings.

Stephen Hawkins, one of the most
famous theoretical physicists and
cosmologists of 21st century, while

The Combined Essay, Part-5



Stephen Hawkins, one of the most famous theoretical physicists and cosmologists of 21st century, while talking about James Maxwell said: "Maxwell is the physicists's physicist."

The birthplace of James Maxwell is at 14 India street, Edinburgh. It is now the home of the James clerk Maxwell foundation.

The seminal work done in the field of electrodynamics by James Maxwell will influence practically all physicists in even times to come.

The Combined Essay, Part-6

James Maxima

James Maxima was an American
Statesman, lawyer, and diplomat who
served as the fifth president of United
States from 1817 to 1825. A member
of democratic-republican party,
James Maxima was the last
president of the Virginia dynasty. In
1790, James Maxima won the
election to the senate where he
became a leader of the
democratic-republican party. To serve
as George Washington's
ambassador to France, James
IMaxima left the senate 1794. James
Maxima strongly supported
Jefferson's candidacy in the 1800
presidential election. After the
resignation Rufus King, James
Maxima was appointed as the
ambassador to Great Britain in 1803.
When the British burned U.S. Capitol
and the White House on August 24,
1814, James Maxima was appointed
as secretary of war on September
27. According to historian William E.
Weeks, James Maxima, "evolved a
comprehensive strategy aimed at

The Combined Essay, Part-7

as George Washington's ambassador to France, James IMaxima left the senate 1794. James Maxima strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Maxima was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

James Michener

The Combined Essay, Part-8

Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

James Michener

James Michener was an American author who wrote more than 40 books, most of which fictional family sagas covering lives of many generations. In 1993, US navy memorial foundation awarded James Michener its "Lone Sailor Award" for his naval war service and his literary achievements. Posthumously, James Michener was honoured by a memorial headstone at the Texas State cemetery in Austin.

The Combined Essay, Part-9

| | |
|---|---|
| in response to inputting of a string of individual characters that exceeds a specified threshold, identifying at least one selectable character string from among contextual associations that can complete the input character string in context based upon an overall ranking score computed as a function of a relationship score and at least one other score; and | The accused product practices in response to inputting of a string of individual characters that exceeds a specified threshold (e.g., inputting a starting character of a word), identifying at least one selectable character string (e.g., predicting selectable words for user selection) from among contextual associations that can complete the input character string in context based upon an overall ranking score computed as a function of a relationship score and at least one other score.<br><br>As shown below, since pairs of strings, for example, "James" and "Maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, Maxwell appears as a selectable option followed by "Maxima", since the number of adjacent appearances of "James" with "Maxima" is 50 and which is greater than the adjacent appearance of "James" with "Michener" which stands at 20.<br><br>Shown below is a Matrix depicting association of character string "James" with character strings "Maxwell", "Maxima", and "Michener".<br><br><table><tr><td colspan="3"><strong>Character String Matrix Vis a Vis the paragraphs</strong></td></tr><tr><td>Character String-1</td><td>Character String-2</td><td>Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay")</td></tr><tr><td>James</td><td>Maxima</td><td>50 (10 James Maxima)</td></tr><tr><td>James</td><td>Maxwell</td><td>105 (21 James Maxwell)</td></tr><tr><td>James</td><td>Michener</td><td>4 (20 James Michener)</td></tr></table><br>When number of adjacently appearance of pairs of strings become same, the predictive text system suggests a word from the two based on some other relationship between them such as alphabetical order of the words or recently used word. |



James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his work that on centenary of the birthday of James Maxwell, Einstein described Maxwell's as the most

The Combined Essay, Part-1

early 1990s. So great was his body
of work that on centenary of the
birthday of James Maxwell, Einstein
described Maxwell's as the most
profound and the most fruitful that
physics has experienced since the
time of Newton.


James Maxwell, as early as 1862,
calculated that the speed of
propagation of electromagnetic
waves is approximately that of the
speed of the light. Working on the
problem further, Maxwell showed that
the equations predict of waves of
oscillating electric and magnetic
fields that travel through empty
space at a speed that could be
predicted from simple electrical
experiments. Using the data
available at that time, Maxwell
obtained a velocity of 310,740,000
meters per second. Four differential
equations which govern the
propagation of electromagnetic
waves essentially was a reduction
(by Oliver Heaviside) of complex sets

The Combined Essay, Part-2

waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James Maxwell. Along with the most physicists of the time, James Maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as

The Combined Essay, Part-3

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell

The Combined Essay, Part-4

GPU manufacture Nvidia has named
the architecture of its GeForce 900
series after James Maxwell.

Ivan Tolstoy in the biography of
James Maxwell go as far as to say
that, " Maxwell's importance in the
history of scientific thought is
comparable to Einstein's (whom he
inspired) and Newton's (whose
influence he curtailed)".

In 1859, James Maxwell predicted
that the Saturn's rings would be
made of huge number of
independently orbiting particles
which, if they were to be stable
long-term, would to have be
arranged in a series of narrow rings.

Stephen Hawkins, one of the most
famous theoretical physicists and
cosmologists of 21st century, while

The Combined Essay, Part-5



Stephen Hawkins, one of the most famous theoretical physicists and cosmologists of 21st century, while talking about James Maxwell said: "Maxwell is the physicists's physicist."

The birthplace of James Maxwell is at 14 India street, Edinburgh. It is now the home of the James clerk Maxwell foundation.

The seminal work done in the field of electrodynamics by James Maxwell will influence practically all physicists in even times to come.

The Combined Essay, Part-6

James Maxima

James Maxima was an American
Statesman, lawyer, and diplomat who
served as the fifth president of United
States from 1817 to 1825. A member
of democratic-republican party,
James Maxima was the last
president of the Virginia dynasty. In
1790, James Maxima won the
election to the senate where he
became a leader of the
democratic-republican party. To serve
as George Washington's
ambassador to France, James
IMaxima left the senate 1794. James
Maxima strongly supported
Jefferson's candidacy in the 1800
presidential election. After the
resignation Rufus King, James
Maxima was appointed as the
ambassador to Great Britain in 1803.
When the British burned U.S. Capitol
and the White House on August 24,
1814, James Maxima was appointed
as secretary of war on September
27. According to historian William E.
Weeks, James Maxima, "evolved a
comprehensive strategy aimed at

The Combined Essay, Part-7

as George Washington's
ambassador to France, James
IMaxima left the senate 1794. James
Maxima strongly supported
Jefferson's candidacy in the 1800
presidential election. After the
resignation Rufus King, James
Maxima was appointed as the
ambassador to Great Britain in 1803.
When the British burned U.S. Capitol
and the White House on August 24,
1814, James Maxima was appointed
as secretary of war on September
27. According to historian William E.
Weeks, James Maxima, "evolved a
comprehensive strategy aimed at
expanding the Union externally while
solidifying it internationally". Best
known for issuing the Maxima
Doctrine, James Maxima advocated
a policy of opposing European
colonialism in the Americas is known
as "Maxima Doctrine".

James Michener

The Combined Essay, Part-8

Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

James Michener

James Michener was an American author who wrote more than 40 books, most of which fictional family sagas covering lives of many generations. In  1993, US navy memorial foundation awarded James Michener its "Lone Sailor Award" for his naval war service and his literary achievements. Posthumously, James Michener was honoured by a memorial headstone at the Texas State cemetery in Austin.

The Combined Essay, Part-9



| providing the identified at least one selectable character string to a user for selection. | The accused product practices providing the identified at least one selectable character string (e.g., suggesting words for user selection) to a user for selection (e.g., user can select a desired word).<br><br>As shown below, since pairs of strings, for example, "James" and "Maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, Maxwell appears as a selectable option followed by "Maxima", since the number of adjacent appearances of "James" with "Maxima" is 50 and which is greater than the adjacent appearance of "James" with "Michener" which stands at 20.<br><br>Shown below is a Matrix depicting association of character string "James" with character strings "Maxwell", "Maxima", and "Michener". |

| Character String Matrix Vis a Vis the paragraphs | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Maxima | 50 (10 James Maxima) |
| James | Maxwell | 105 (21 James Maxwell) |
| James | Michener | 4 (20 James Michner) |



James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his k of work that on centenary of th birthday of James Maxwell, Einstein described Maxwell's as the most

The Combined Essay, Part-1

early 1990s. So great was his body
of work that on centenary of the
birthday of James Maxwell, Einstein
described Maxwell's as the most
profound and the most fruitful that
physics has experienced since the
time of Newton.

James Maxwell, as early as 1862,
calculated that the speed of
propagation of electromagnetic
waves is approximately that of the
speed of the light. Working on the
problem further, Maxwell showed that
the equations predict of waves of
oscillating electric and magnetic
fields that travel through empty
space at a speed that could be
predicted from simple electrical
experiments. Using the data
available at that time, Maxwell
obtained a velocity of 310,740,000
meters per second. Four differential
equations which govern the
propagation of electromagnetic
waves essentially was a reduction
(by Oliver Heaviside) of complex sets

The Combined Essay, Part-2

waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James Maxwell. Along with the most physicists of the time, James Maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as

The Combined Essay, Part-3

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell

The Combined Essay, Part-4

GPU manufacture Nvidia has named
the architecture of its GeForce 900
series after James Maxwell.

Ivan Tolstoy in the biography of
James Maxwell go as far as to say
that, " Maxwell's importance in the
history of scientific thought is
comparable to Einstein's (whom he
inspired) and Newton's (whose
influence he curtailed)".

In 1859, James Maxwell predicted
that the Saturn's rings would be
made of huge number of
independently orbiting particles
which, if they were to be stable
long-term, would to have be
arranged in a series of narrow rings.

Stephen Hawkins, one of the most
famous theoretical physicists and
cosmologists of 21st century, while

The Combined Essay, Part-5



Stephen Hawkins, one of the most famous theoretical physicists and cosmologists of 21st century, while talking about James Maxwell said: "Maxwell is the physicists's physicist."

The birthplace of James Maxwell is at 14 India street, Edinburgh. It is now the home of the James clerk Maxwell foundation.

The seminal work done in the field of electrodynamics by James Maxwell will influence practically all physicists in even times to come.

The Combined Essay, Part-6

James Maxima

James Maxima was an American
Statesman, lawyer, and diplomat who
served as the fifth president of United
States from 1817 to 1825. A member
of democratic-republican party,
James Maxima was the last
president of the Virginia dynasty. In
1790, James Maxima won the
election to the senate where he
became a leader of the
democratic-republican party. To serve
as George Washington's
ambassador to France, James
IMaxima left the senate 1794. James
Maxima strongly supported
Jefferson's candidacy in the 1800
presidential election. After the
resignation Rufus King, James
Maxima was appointed as the
ambassador to Great Britain in 1803.
When the British burned U.S. Capitol
and the White House on August 24,
1814, James Maxima was appointed
as secretary of war on September
27. According to historian William E.
Weeks, James Maxima, "evolved a
comprehensive strategy aimed at

The Combined Essay, Part-7

as George Washington's ambassador to France, James IMaxima left the senate 1794. James Maxima strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Maxima was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

James Michener

The Combined Essay, Part-8

Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

James Michener

James Michener was an American author who wrote more than 40 books, most of which fictional family sagas covering lives of many generations. In 1993, US navy memorial foundation awarded James Michener its "Lone Sailor Award" for his naval war service and his literary achievements. Posthumously, James Michener was honoured by a memorial headstone at the Texas State cemetery in Austin.

The Combined Essay, Part-9





| 2. The method of claim 1, wherein each relationship score represents the contextual association between an individual character string and another character string based upon co-occurrence of character strings relative to each other. | The accused product practices such that each relationship score represents the contextual association between an individual character string and another character string based upon co-occurrence of character strings relative to each other. |
|---|---|

The accused product practices such that each relationship score represents the contextual association between an individual character string and another character string based upon co-occurrence of character strings relative to each other.

As shown below, since pairs of strings, for example, "James" and "Maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, Maxwell appears as a selectable option followed by "Maxima", since the number of adjacent appearances of "James" with "Maxima" is 50 and which is greater than the adjacent appearance of "James" with "Michener" which stands at 20.

Shown below is a Matrix depicting association of character string "James" with character strings "Maxwell", "Maxima", and "Michener".

| Character String Matrix Vis a Vis the paragraphs | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Maxima | 50 (10 James Maxima) |
| James | Maxwell | 105 (21 James Maxwell) |
| James | Michener | 4 (20 James Michner) |



James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his ⸏ of work that on centenary of th⸱ birthday of James Maxwell, Einstein described Maxwell's as the most

The Combined Essay, Part-1

early 1990s. So great was his body
of work that on centenary of the
birthday of James Maxwell, Einstein
described Maxwell's as the most
profound and the most fruitful that
physics has experienced since the
time of Newton.

James Maxwell, as early as 1862,
calculated that the speed of
propagation of electromagnetic
waves is approximately that of the
speed of the light. Working on the
problem further, Maxwell showed that
the equations predict of waves of
oscillating electric and magnetic
fields that travel through empty
space at a speed that could be
predicted from simple electrical
experiments. Using the data
available at that time, Maxwell
obtained a velocity of 310,740,000
meters per second. Four differential
equations which govern the
propagation of electromagnetic
waves essentially was a reduction
(by Oliver Heaviside) of complex sets

The Combined Essay, Part-2

waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James Maxwell. Along with the most physicists of the time, James Maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as

The Combined Essay, Part-3

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell

The Combined Essay, Part-4

GPU manufacture Nvidia has named
the architecture of its GeForce 900
series after James Maxwell.

Ivan Tolstoy in the biography of
James Maxwell go as far as to say
that, " Maxwell's importance in the
history of scientific thought is
comparable to Einstein's (whom he
inspired) and Newton's (whose
influence he curtailed)".

In 1859, James Maxwell predicted
that the Saturn's rings would be
made of huge number of
independently orbiting particles
which, if they were to be stable
long-term, would to have be
arranged in a series of narrow rings.

Stephen Hawkins, one of the most
famous theoretical physicists and
cosmologists of 21st century, while

The Combined Essay, Part-5



Stephen Hawkins, one of the most famous theoretical physicists and cosmologists of 21st century, while talking about James Maxwell said: "Maxwell is the physicists's physicist."

The birthplace of James Maxwell is at 14 India street, Edinburgh. It is now the home of the James clerk Maxwell foundation.

The seminal work done in the field of electrodynamics by James Maxwell will influence practically all physicists in even times to come.

The Combined Essay, Part-6

James Maxima

James Maxima was an American
Statesman, lawyer, and diplomat who
served as the fifth president of United
States from 1817 to 1825. A member
of democratic-republican party,
James Maxima was the last
president of the Virginia dynasty. In
1790, James Maxima won the
election to the senate where he
became a leader of the
democratic-republican party. To serve
as George Washington's
ambassador to France, James
IMaxima left the senate 1794. James
Maxima strongly supported
Jefferson's candidacy in the 1800
presidential election. After the
resignation Rufus King, James
Maxima was appointed as the
ambassador to Great Britain in 1803.
When the British burned U.S. Capitol
and the White House on August 24,
1814, James Maxima was appointed
as secretary of war on September
27. According to historian William E.
Weeks, James Maxima, "evolved a
comprehensive strategy aimed at

The Combined Essay, Part-7

as George Washington's
ambassador to France, James
lMaxima left the senate 1794. James
Maxima strongly supported
Jefferson's candidacy in the 1800
presidential election. After the
resignation Rufus King, James
Maxima was appointed as the
ambassador to Great Britain in 1803.
When the British burned U.S. Capitol
and the White House on August 24,
1814, James Maxima was appointed
as secretary of war on September
27. According to historian William E.
Weeks, James Maxima, "evolved a
comprehensive strategy aimed at
expanding the Union externally while
solidifying it internationally". Best
known for issuing the Maxima
Doctrine, James Maxima advocated
a policy of opposing European
colonialism in the Americas is known
as "Maxima Doctrine".

James Michener

The Combined Essay, Part-8

Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

James Michener

James Michener was an American author who wrote more than 40 books, most of which fictional family sagas covering lives of many generations. In 1993, US navy memorial foundation awarded James Michener its "Lone Sailor Award" for his naval war service and his literary achievements. Posthumously, James Michener was honoured by a memorial headstone at the Texas State cemetery in Austin.

The Combined Essay, Part-9



