**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **MOUNTECH IP LLC,** | |
| Plaintiff, | Civil Action No. 1:20-cv-23178-WPD |
| v. | |
| **TRACFONE WIRELESS, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mountech IP LLC ("Mountech IP") states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: July 31, 2020

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow B.C.S.
Florida Bar No. 107560
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, OH 44718
Phone: 330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

*Board Certified in Intellectual Property Law*
*By the Florida Bar*

ATTORNEY FOR PLAINTIFF