UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23178-CIV-DIMITROULEAS

MOUNTECH IP LLC,

    Plaintiff,

vs.

TRACEFONE WIRELESS, INC., and
TCT MOBILE (US), INC.

    Defendants.
_____/

## ORDER OF DISMISSAL OF DEFENDANT TRACEFONE WIRELESS, INC.

THIS CAUSE is before the Court on the Notice of Dismissal Without Prejudice (the "Notice") [DE 8], filed herein on August 14, 2020. The Court has carefully reviewed the Notice [DE 8] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 8] is **APPROVED**; and

2. Defendant TracFone Wireless, Inc. is hereby **DISMISSED WITHOUT PREJUDICE**;

3. This case remains open and pending as to the remaining Defendant.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 17th day of August, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record