UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23178-CIV-DIMITROULEAS

MOUNTECH IP LLC,

     Plaintiff,

vs.

TRACEFONE WIRELESS, INC.,

     Defendant.

_____/

## ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on July 31, 2020 against Defendant TracFone Wireless, Inc., and a First Amended Complaint Adding New Party Defendant on August 14, 2020, adding Defendant TCT Mobile (US), Inc. *See* [DE's 1, 7].  Plaintiff voluntarily dismissed Defendant TraceFone Wireless, Inc. on August 14, 2020. *See* [DE's 8, 11].  There is no indication Defendant TCT Mobile (US), Inc. has been served.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **November 23, 2020**, Plaintiff shall either perfect service upon Defendant TCT Mobile (US), Inc., show that service has already been made, or show good cause why service has not been perfected.  Failure to timely respond will result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 16th day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record