IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MOUNTECH IP LLC, | Plaintiff(s) | |
| | VS. | |
| | | Court No.: 20-cv-23178 |
| TRACFONE WIRELESS, INC., | | |
| and | Defendant(s) | |
| TCT MOBILE (US), INC. | | |

## AFFIDAVIT OF SERVICE OF PROCESS

I, Elizabeth McLaughlin, depose that I am authorized to serve this process

Type of Process: Summons in a Civil Action and First Amended Complaint Adding New-Party Defendant

Received by Elizabeth McLaughlin, on 8/21/2020 @ 9:00 AM to be served upon TCT Mobile (US), Inc. at c/o Corporation Service Company 251 Little Falls Drive, Wilmington, DE, 19808

**SERVED** the within named defendant on: 8/24/2020  11:01 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Kamesha James, (Title): Intake Specialist, a person authorized to accept service and informed that person of the contents thereof.

Recipient was served in absence of the President, Vice President, Other Head of the Corporation, Cashier, Treasurer, Secretary, General Manager, or Director or Business Agent Residing in the State as defined by F.S. 48.081.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 48 **Gender:** Female **Race:** African American **Height:** 5-7 **Weight:** 126-150 **Hair:** Brown **Eyes:** Brown

Additional Comments:
I wore a mask and socially distanced myself as best I could when completing this service.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Signature: 
Printed Name: Elizabeth McLaughlin
Identification Number:

Sworn to and subscribed before me by means of ☐ physical presence or ☐ online notarization, this ___ day of September 2020 by the affiant who ☑ is personally known to me or ☐ has produced _____ as identification

Notary Public

DANIELLE JUNE DUNN TRIBBLE
Notary Public
Cecil County, Maryland
My Commission Expires 6/3/2023



Page 1 of 1

File Number: 1SS080320
Reference Number: 3918648
Case Number: 20-cv-23178
Client: Sand, Sebolt & Wernow Co., LPA
Doc Generated: 08/28/2020 03:50:45:131 PM

809730_3918648_0_23_V4

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MOUNTECH IP LLC, | Plaintiff(s) | \| |
| | VS. | \| |
| | | \| Court No.: 20-cv-23178 |
| TRACFONE WIRELESS, INC., | | \| |
| and | Defendant(s) | \| |
| TCT MOBILE (US), INC. | | \| |

## AFFIDAVIT OF SERVICE OF PROCESS

I, Elizabeth McLaughlin, depose that I am authorized to serve this process

Type of Process: Summons in a Civil Action and First Amended Complaint Adding New-Party Defendant

Received by Elizabeth McLaughlin, on 8/21/2020 @ 9:00 AM to be served upon TCT Mobile (US), Inc. at c/o Corporation Service Company 251 Little Falls Drive, Wilmington, DE, 19808

**SERVED** the within named defendant on: 8/24/2020 11:01 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Kamesha James, (Title): Intake Specialist, a person authorized to accept service and informed that person of the contents thereof.

Recipient was served in absence of the President, Vice President, Other Head of the Corporation, Cashier, Treasurer, Secretary, General Manager, or Director or Business Agent Residing in the State as defined by F.S. 48.081.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 48 **Gender:** Female **Race:** African American **Height:** 5-7 **Weight:** 126-150 **Hair:** Brown **Eyes:** Brown

Additional Comments:
I wore a mask and socially distanced myself as best I could when completing this service.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Signature: 
Printed Name: Elizabeth McLaughlin
Identification Number:

Sworn to and subscribed before me by means of ☐ physical presence or ☐ online notarization, this 16 day of September 2020 by the affiant who ☑ is personally known to me or ☐ has produced _____ as identification

Notary Public



DANIELLE JUNE DUNN TRIBBLE
Notary Public
Cecil County, Maryland
My Commission Expires 6/3/2023

Page 1 of 1

File Number: 1SS080320
Reference Number: 3918648
Case Number: 20-cv-23178
Client: Sand, Sebolt & Wernow Co., LPA
Doc Generated: 08/28/2020 03:50:45:131 PM

809730_3918648_0_23_V4