**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **MOUNTECH IP LLC,** | |
| Plaintiff, | Civil Action No.: 1:20-cv-23178-WPD |
| v. | **TRIAL BY JURY DEMANDED** |
| **TRACFONE WIRELESS, INC., et al.,** | |
| Defendants, | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff Mountech IP LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant TCT Mobile (US), Inc. in the within action WITHOUT PREJUDICE. TCT Mobile (US), Inc. has not served an answer or a motion for summary judgment.

Dated: November 17, 2020

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow B.C.S.
Florida Bar No. 107560
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, OH 44718
Phone: 330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

*Board Certified in Intellectual Property*
*Law by the Florida Bar*

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on November 17, 2020.

                                    */s/ Howard L. Wernow*
                                    Howard L. Wernow